IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| MARYE WAHL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | Case No. 3:13-cv-00329 |
| GE HEALTHCARE, | ) | |
| GE HEALTHCARE AS, | ) | |
| GE HEALTHCARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADMITTING ATTORNEY *PRO HAC VICE***

This cause came to be heard upon the motion of Plaintiff Marye Wahl for permission to allow Eric M. Terry to appear pro *hac vice* on her behalf in this action. The Court finds that movants have complied with Local Rule of Court 83.1(b). Accordingly, the Court grants the motion.

Eric M. Terry is hereby admitted to practice in this case *pro hac vice* on behalf of Plaintiff herein.

IT IS SO ORDERED.

_____
Aleta A. Trauger, District Judge

Date: 4/23/13