UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARYE WAHL<br><br>　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.<br><br>　　Defendants. | Case No. 3:13-cv-0329<br><br>Judge Aleta Trauger<br><br>Magistrate Judge Knowles |

## ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF HEIDI LEVINE

Upon Motion of the Defendants GENERAL ELECTRIC COMPANY, GE HEALTHCARE, GE HEALTHCARE INC., and GE HEALTHCARE AS, and a showing that Heidi Levine has complied with local rule 83.01(d) of the United States District Court for the Middle District of Tennessee, the Court grants admission Pro Hac Vice of Heidi Levine, as attorney of record for Defendants GENERAL ELECTRIC COMPANY, GE HEALTHCARE, GE HEALTHCARE INC., and GE HEALTHCARE AS.

Entered this 26th day of April, 2013.

By: _____
United States District Court Judge Aleta Trauger