# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARYE WAHL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GENERAL ELECTRIC COMPANY, )<br>GE HEALTHCARE, )<br>GE HEALTHCARE AS, )<br>GE HEALTHCARE, INC., )<br>)<br>Defendants. ) | Case No. 3:13-cv-00329<br>Judge Trauger |

## PLAINTIFF'S NOTICE TO THE COURT

Plaintiff, through counsel, notifies the Court as follows: During the October 18, 2013 hearing, this Court strongly encouraged the parties to discuss settlement. Plaintiff subsequently made a reasonable demand on Defendants. Defendants have made no offer in response to Plaintiff's demand. Plaintiff has been informed that there will be no offer until Plaintiff lowers her demand. Plaintiff's demand is reasoned and informed by prior dealings with Defendants.

Dated: November 7, 2013

**Respectfully submitted,**
**TORHOERMAN LAW LLC**

/s/Eric Terry
Tor A. Hoerman, #6229439 *(Admitted Pro Hac Vice)*
Eric Terry, #6282169 *(Admitted Pro Hac Vice*
Kenneth Brennan, #6239037 *(Admitted Pro Hac Vice)*
101 W. Vandalia St., Ste. 350
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
E-Mail: thoerman@torhoermanlaw.com
eterry@torhoermanlaw.com
kbrennan@torhoermanlaw.com

and

/s/ R. Christopher Gilreath
R. Christopher Gilreath, BPR #18667
GILREATH & ASSOCIATES
200 Jefferson Avenue, Suite 711
Memphis, TN 38103
(901) 527-0511
(901) 527-0514 (facsimile)
chrisgil@sidgilreath.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that I served this notice via electronic filing to each person to whom it is directed or email for those not set up for electronic filing on this 7th day of November 2013.

/s/ Kristie Stephens

TO:

DLA PIPER
Christopher M. Strongosky, Esq.
Heidi L. Levine, Esq.
1251 Avenue of the Americas
New York, NY 10020
Ph: 212-335-4643
Fax: 212-884-8543
christopher.strongosky@dlapiper.com
heidi.levine@dlapiper.com
**LEAD COUNSEL FOR GENERAL ELECTRIC CO., GE HEALTHCARE a/k/a GE HEALTHCARE MEDICAL**