# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARYE WAHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-cv-0329 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| GENERAL ELECTRIC COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 35) is **GRANTED**. The plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 14th day of November 2014.

_____
ALETA A. TRAUGER
United States District Judge