UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

MARYE WAHL )
)
v. ) NO. 3:13cv0329
) JUDGE TRAUGER
GENERAL ELECTRIC COMPANY, et al )
)

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/21/2013.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk